UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Pincus Law Group, PLLC
nlabletta@pincuslaw.com
Nicole LaBletta, Esquire
2929 Arch Street
Suite 1700
Philadelphia, PA 19104
(484) 575-2201
ATTORNEYS FOR WILMINGTON SAVINGS FUND
SOCIETY, FSB, ACTING NOT IN ITS INDIVIDUAL
CAPACITY BUT SOLELY AS TRUSTEE OF SOUTHSIDE
NSP TRUST 2017-1 C/O BSI FINANCIAL SERVICES

In Re:

CHRISTOPHER J. GALLOWAY AND BETH
GALLOWAY

DEBTOR AND NON-FILING CO-DEBTOR

| | |
|---|---|
| Case No.: | 19-27226 |
| Chapter: | 13 |
| Hearing Date: | 05/06/2020 |
| Judge: | JNP |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1.    I, Nicole LaBletta                              ,

☒    am the attorney for: WILMINGTON SAVINGS FUND SOCIETY, FSB, ACTING NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF SOUTHSIDE NSP TRUST 2017-1 C/O BSI FINANCIAL SERVICES

☐    am self-represented

Phone number: 484-575-2201

Email address: nlabletta@pincuslaw.com

2.    I request an adjournment of the following hearing:

Matter: Motion for Relief from Stay

Current hearing date and time: 05/06/2020 10:00AM

New date requested: 05/26/2020

Reason for adjournment request: Negotiating settlement.

3.      I request an adjournment of confirmation:

Current confirmation date and time: _____

New date requested: _____

Reason for adjournment request: _____

_____

Confirmation has been adjourned _____ previous times

Trustee payments are current through _____

The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4.      Consent to adjournment:

☒  I have the consent of all parties.      ☐  I do not have the consent of all parties (explain

below):  _____

_____

_____

I certify under penalty of perjury that the foregoing is true.

Date: _04/23/2020_____          _/s/ Nicole LaBletta_____
                                            Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:** _____

The request for adjournment is:

☒  Granted          New hearing date: _5/26/2020_____          ☐  Peremptory

☐  Granted over objection(s)  New hearing date: _____          ☐  Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic
filers of the new hearing date.**