Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−27226−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher J. Galloway
   7759 Corbett Ave.
   Pennsauken, NJ 08109

Social Security No.:
   xxx−xx−4356

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       10/1/20
Time:       02:00 PM
Location:   4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Daniel L Reinganum, Debtor's Attorney

COMMISSION OR FEES
FEES: $1,430.00

EXPENSES
$70.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 27, 2020
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 19-27226-JNP
Christopher J. Galloway                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin                Page 1 of 3                Date Rcvd: Aug 27, 2020
                                Form ID: 137               Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2020.
```
db              +Christopher J. Galloway,    7759 Corbett Ave.,    Pennsauken, NJ 08109-3664
cr              +BSI Financial Services,    Friedman Vartolo, LLP,    85 Broad Street,    Suite 501,
                  New York, NY 10004-1734
518449592       +Advocare Cohen Family Medicine,    5647 Westfield Ave.,    Pennsauken, NJ 08110-1836
518449593       +Allergic Disease Associates, PC,    205 N. Broad St.,    Suite 300,   Philadelphia, PA 19107-1578
518449594       +Apex Asset Management,    Attn: Bankruptcy Dept.,    2501 Oregon Pike,    Suite 102,
                  Lancaster, PA 17601-4890
518449596       +BSI Financial Services,    314 S. Franklin St.,    PO Box 517,   Titusville, PA 16354-0517
518555064       +Bank of Missouri,    Attn Total Card, Inc.,    2700 S. Lorraine Place,
                  Sioux Falls, SD 57106-3657
518449595       +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,   Wilmington, DE 19899-8801
518580616       +Camden County MUA,    1645 Ferry Avenue,    Camden, NJ 08104-1311
518449597        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern, PA 19355-0701
518449598        Credit One Bank,    P.O. Box 71083,    Charlotte, NC 28272-1083
518449599        Emergency Physicians Assoc. -So. Jersey,     P.O. Box 740021,    Cincinnati, OH 45274-0021
518449600       +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
518449601       +Experian,    PO Box 4500,    Allen, TX 75013-1311
518449605      ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
                 (address filed with court:    Forster Garbus & Garbus,    60 Motor Parkway,    Commack, NY 11725)
518449603       +Financial Recoveries,    200 East Park Drive,    Mount Laurel, NJ 08054-1297
518449602       +Financial Recoveries,    Attn: Bankruptcy,    200 East Park Dr Ste 100,
                  Mount Lurel, NJ 08054-1297
518449604       +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,   Sioux Falls, SD 57117-5524
518449606       +Friedman Vartolo LLP,    Attn: Jonathan C. Schwalb, Esq.,    85 Broad Street,    Suite 501,
                  New York, NY 10004-1734
518449607       +Harley Davidson Financial,    Attn: Bankruptcy,    Po Box 9013,   Addison, TX 75001-9013
518474109       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
518449608       +I C System Inc,    444 Highway 96 East,    P.O. Box 64378,   St. Paul, MN 55164-0378
518449609       +IC System, Inc.,    444 Highway 96 East,    Saint Paul, MN 55127-2557
518449612       +Jefferson Health - New Jersey,    500 Marlboro Ave,    Cherry Hill, NJ 08002-2020
518449614       +Lourdes Imaging Associates, PA,    PO Box 95000-2840,    Philadelphia, PA 19195-0001
518449615       +Lourdes Medical Associates,    PO Box 824626,    Philadelphia, PA 19182-4626
518449616       +Lourdes Medical Center,    1600 Haddon Avenue,    Camden, NJ 08103-3101
518449617       +Lourdes Urgent Care Services,    PO Box 826479,    Philadelphia, PA 19182-6479
518449618      #+MidAmerica Bank & Trust Company,    Attn: Bankruptcy,    Po Box 400,    Dixon, MO 65459-0400
518449621        Our Lady of Lourdes Medical Center,    PO BOX 822099,    Philadelphia, PA 19182-2099
518449622       +PNC Bank, Natioanl Association,    Mailstop: P5-PCLC-A1-R,    2730 Liberty Ave.,
                  Pittsburgh, PA 15222-4704
518449626       +Raymond T. Pekala, M.D.,    99 West Gate Drive,    Cherry Hill, NJ 08034-2843
518449628       +Regional Sewer Service,    P.O. Box 1105,    Bellmawr, NJ 08099-5105
518449630        South Jersey Radiology,    PO Box 1710,    Voorhees, NJ 08043-7710
518449631       +State of New Jersey Division of Taxation,     Bankruptcy Section,    PO Box 245,
                  Trenton, NJ 08695-0245
518449635       +TitleMax of Delaware,    15 Bull St.,    Suite 200,   Savannah, GA 31401-2686
518449637       +Total Visa/Bank of Missouri,    Po Box 85710,    Sioux Falls, SD 57118-5710
518449636       +Total Visa/Bank of Missouri,    Attn: Bankruptcy,    Po Box 85710,    Sioux Falls, SD 57118-5710
518449638       +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
518449639      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:    US Bank/RMS CC,    Attn: Bankruptcy,    Po Box 5229,
                  Cincinnati, OH 45201)
518512627       +Virtua Our Lady of Lourdes,    PO Box 822099,    Philadelphia, PA 19182-2099
518449642        Virtua Our Lady of Lourdes Hospital,     1601 Haddon Avenue,    Allentown, PA 18103
518449643      ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,   DES MOINES IA 50328-0001
                 (address filed with court:    Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
                  Greenville, SC 29606)
518569449       +Wilmington Savings Fund Society et al,    c/o BSI Financial Services,     314 S. Franklin Street,
                  P.O. Box 517,   Titusville, PA 16354-0517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2020 00:08:30      U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2020 00:08:27      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518549528       +E-mail/Text: g20956@att.com Aug 28 2020 00:08:48      AT&T Mobility II LLC,
                  %AT&T SERVICES INC.,    KAREN A. CAVAGNARO  LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                  BEDMINSTER, NJ. 07921-2693
518465419       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 28 2020 00:14:19
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518449610       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 28 2020 00:08:04      Internal Revenue Service,
                  Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
518449611        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 28 2020 00:08:40      Jefferson Capital Systems, LLC,
                  P.O. Box 7999,    Saint Cloud, MN 56302
```

```
District/off: 0312-1           User: admin              Page 2 of 3              Date Rcvd: Aug 27, 2020
                               Form ID: 137             Total Noticed: 69


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518449613      +E-mail/Text: PBNCNotifications@peritusservices.com Aug 28 2020 00:07:55       Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
518449619      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 28 2020 00:08:26        Midland Funding,    PO Box 2011,
                 Warren, MI 48090-2011
518449620      +E-mail/Text: bankruptcy@sccompanies.com Aug 28 2020 00:09:05       Midnight Velvet,
                 Swiss Colony/Midnight Velvet,    1112 7th Ave,   Monroe, WI 53566-1364
518449623       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2020 00:14:18
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    PO Box 41067,   Norfolk, VA 23541
518559307      +E-mail/Text: colleen.atkinson@rmscollect.com Aug 28 2020 00:09:00
                 Patient First c/o Receivables Management Systems,     PO Box 73810,
                 North Chesterfield, VA 23235-8047
518466354       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2020 00:13:35
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
518512465      +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 28 2020 00:08:40       Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518449624      +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 28 2020 00:08:40       Premier Bankccard, LLC,
                 Jefferson Capital Systems LLC, Assignee,    PO Box 7999,    Saint Cloud, MN 56302-7999
518449625      +E-mail/Text: bnc-quantum@quantum3group.com Aug 28 2020 00:08:25
                 Quantum3 Group LLC as agent for,    Second Round Sub LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
518449627       E-mail/Text: colleen.atkinson@rmscollect.com Aug 28 2020 00:09:00
                 Receivables Management Systems,    PO Box 73810,    North Chesterfield, VA 23235-8047
518449629      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2020 00:14:18
                 Resurgent Capital Services LP,    PO Box 10587,    Greenville, SC 29603-0587
518450584      +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2020 00:13:21       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518449632      +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2020 00:14:05       Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    Po Box 965061,   Orlando, FL 32896-5061
518449633      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 28 2020 00:14:19       T Mobile/ T-Mobile USA Inc.,
                 by American InfoSourse as agent,    4515 N. Santa Fe Ave.,    Oklahoma City, OK 73118-7901
518468899      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 28 2020 00:15:14       T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518449634      +E-mail/Text: bncmail@w-legal.com Aug 28 2020 00:08:33       TD Bank USA, N.A.,
                 c/o Weinstein & Riley, PS,    2001 Wesstern Ave., Suite 400,    Seattle, WA 98121-3132
518449640      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 28 2020 00:13:37       Verizon,
                 by American InfoSource LP, agent,    4515 N. Santa Fe Ave,    Oklahoma City, OK 73118-7901
518550533      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 28 2020 00:14:19       Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518449641       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 28 2020 00:07:37
                 Verizon Wireless,    Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
                 Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518516900*     Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518516127*    ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
              (address filed with court: Jefferson Capital Systems LLC,     Po Box 7999,
                 Saint Cloud Mn 56302-9617)
518559192*     +Midland Funding LLC,    PO Box 2011,    Warren MI 48090-2011
518570225*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,     c/o Barclaycard,   POB 41067,
                 Norfolk VA 23541)
518566574*     Quantum3 Group LLC as agent for,    Second Round Sub LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                           TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-1          User: admin              Page 3 of 3          Date Rcvd: Aug 27, 2020
                              Form ID: 137             Total Noticed: 69
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2020 at the address(es) listed below:
              Daniel L Reinganum    on behalf of Debtor Christopher J. Galloway DanielR@McDowellLegal.com,
               tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowellle
               gal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   Harley-Davidson dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jennifer R. Gorchow   on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Jonathan C. Schwalb   on behalf of Creditor    BSI Financial Services
               bankruptcy@friedmanvartolo.com
              Kevin Gordon McDonald    on behalf of Creditor    Harley-Davidson kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicole B. LaBletta    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB et al c/o BSI
                Financial Services nlabletta@pincuslaw.com,  brausch@pincuslaw.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```