Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−27226−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher J. Galloway
   7759 Corbett Ave.
   Pennsauken, NJ 08109

Social Security No.:
   xxx−xx−4356

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 20, 2020.

On December 31, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:               February 3, 2021
Time:               09:00 AM
Location:           4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 31, 2020
JAN: eag

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-27226-JNP
Christopher J. Galloway  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4
Date Rcvd: Dec 31, 2020      Form ID: 185      Total Noticed: 69

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher J. Galloway, 7759 Corbett Ave., Pennsauken, NJ 08109-3664 |
| cr | + | BSI Financial Services, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 518449592 | + | Advocare Cohen Family Medicine, 5647 Westfield Ave., Pennsauken, NJ 08110-1836 |
| 518449593 | + | Allergic Disease Associates, PC, 205 N. Broad St., Suite 300, Philadelphia, PA 19107-1578 |
| 518449594 | + | Apex Asset Management, Attn: Bankruptcy Dept., 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 518449596 | + | BSI Financial Services, 314 S. Franklin St., PO Box 517, Titusville, PA 16354-0517 |
| 518555064 | + | Bank of Missouri, Attn Total Card, Inc., 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 518449595 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518580616 | + | Camden County MUA, 1645 Ferry Avenue, Camden, NJ 08104-1311 |
| 518449597 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 518449598 | | Credit One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 518449599 | | Emergency Physicians Assoc. -So. Jersey, P.O. Box 740021, Cincinnati, OH 45274-0021 |
| 518449600 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 518449601 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 518449605 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster Garbus & Garbus, 60 Motor Parkway, Commack, NY 11725 |
| 518449603 | + | Financial Recoveries, 200 East Park Drive, Mount Laurel, NJ 08054-1297 |
| 518449602 | + | Financial Recoveries, Attn: Bankruptcy, 200 East Park Dr Ste 100, Mount Lurel, NJ 08054-1297 |
| 518449604 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518449606 | + | Friedman Vartolo LLP, Attn: Jonathan C. Schwalb, Esq., 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 518449607 | + | Harley Davidson Financial, Attn: Bankruptcy, Po Box 9013, Addison, TX 75001-9013 |
| 518474109 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 518449608 | + | I C System Inc, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 518449609 | + | IC System, Inc., 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 518449612 | + | Jefferson Health - New Jersey, 500 Marlboro Ave, Cherry Hill, NJ 08002-2020 |
| 518449614 | + | Lourdes Imaging Associates, PA, PO Box 95000-2840, Philadelphia, PA 19195-0001 |
| 518449615 | + | Lourdes Medical Associates, PO Box 824626, Philadelphia, PA 19182-4626 |
| 518449616 | + | Lourdes Medical Center, 1600 Haddon Avenue, Camden, NJ 08103-3101 |
| 518449617 | + | Lourdes Urgent Care Services, PO Box 826479, Philadelphia, PA 19182-6479 |
| 518449618 | #+ | MidAmerica Bank & Trust Company, Attn: Bankruptcy, Po Box 400, Dixon, MO 65459-0400 |
| 518449621 | | Our Lady of Lourdes Medical Center, PO BOX 822099, Philadelphia, PA 19182-2099 |
| 518449626 | + | Raymond T. Pekala, M.D., 99 West Gate Drive, Cherry Hill, NJ 08034-2843 |
| 518449628 | + | Regional Sewer Service, P.O. Box 1105, Bellmawr, NJ 08099-5105 |
| 518449630 | | South Jersey Radiology, PO Box 1710, Voorhees, NJ 08043-7710 |
| 518449631 | + | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518449635 | + | TitleMax of Delaware, 15 Bull St., Suite 200, Savannah, GA 31401-2686 |
| 518449637 | + | Total Visa/Bank of Missouri, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 518449636 | + | Total Visa/Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 518449638 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 518449639 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 518512627 | + | Virtua Our Lady of Lourdes, PO Box 822099, Philadelphia, PA 19182-2099 |
| 518449642 | | Virtua Our Lady of Lourdes Hospital, 1601 Haddon Avenue, Allentown, PA 18103 |
| 518449643 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |

Case 19-27226-JNP    Doc 72    Filed 01/02/21    Entered 01/03/21 00:13:13    Desc Imaged
                        Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 31, 2020 | Form ID: 185 | Total Noticed: 69 |

| 518569449 | + | Wilmington Savings Fund Society et al, c/o BSI Financial Services, 314 S. Franklin Street, P.O. Box 517, Titusville, PA 16354-0517 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Dec 31 2020 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 31 2020 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518549528 | + Email/Text: g20956@att.com | Dec 31 2020 20:28:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO LEAD PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 518465419 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 31 2020 20:30:07 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518449610 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 31 2020 20:27:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518449611 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 31 2020 20:28:00 | Jefferson Capital Systems, LLC, P.O. Box 7999, Saint Cloud, MN 56302 |
| 518449613 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 31 2020 20:27:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 518449619 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 31 2020 20:28:00 | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 518449620 | + Email/Text: bankruptcy@sccompanies.com | Dec 31 2020 20:29:00 | Midnight Velvet, Swiss Colony/Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518449622 | + Email/Text: Bankruptcy.Notices@pnc.com | Dec 31 2020 20:27:00 | PNC Bank, Natioanl Association, Mailstop: P5-PCLC-A1-R, 2730 Liberty Ave., Pittsburgh, PA 15222-4704 |
| 518449623 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 31 2020 20:30:31 | Portfolio Recovery Associates, LLC, c/o Barclaycard, PO Box 41067, Norfolk, VA 23541 |
| 518559307 | + Email/Text: colleen.atkinson@rmscollect.com | Dec 31 2020 20:29:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 518466354 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 31 2020 20:29:58 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518512465 | + Email/Text: JCAP_BNC_Notices@jcap.com | Dec 31 2020 20:28:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518449624 | + Email/Text: JCAP_BNC_Notices@jcap.com | Dec 31 2020 20:28:00 | Premier Bankccard, LLC, Jefferson Capital Systems LLC, Assignee, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 518449625 | + Email/Text: bnc-quantum@quantum3group.com | Dec 31 2020 20:28:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518449627 | Email/Text: colleen.atkinson@rmscollect.com | Dec 31 2020 20:29:00 | Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 518449629 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 31 2020 20:29:59 | Resurgent Capital Services LP, PO Box 10587, Greenville, SC 29603-0587 |
| 518450584 | + Email/PDF: gecsedi@recoverycorp.com | Dec 31 2020 20:30:14 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518449632 | + Email/PDF: gecsedi@recoverycorp.com | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Dec 31 2020 20:29:39 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 518449633 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 31 2020 20:30:07 | T Mobile/ T-Mobile USA Inc., by American InfoSourse as agent, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 518468899 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 31 2020 20:30:07 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518449634 | + Email/Text: bncmail@w-legal.com | Dec 31 2020 20:28:00 | TD Bank USA, N.A., c/o Weinstein & Riley, PS, 2001 Wesstern Ave., Suite 400, Seattle, WA 98121-3132 |
| 518550533 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 31 2020 20:31:34 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518449640 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 31 2020 20:30:51 | Verizon, by American InfoSource LP, agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518449641 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 31 2020 20:26:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518516900 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518516127 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518559192 | *+ | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 518570225 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518566574 | * | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 02, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel L Reinganum | on behalf of Debtor Christopher J. Galloway DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 31, 2020 | Form ID: 185 | Total Noticed: 69 |

| | |
|---|---|
| Denise E. Carlon | on behalf of Creditor Harley-Davidson dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Jonathan C. Schwalb | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB et al c/o BSI Financial Services bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor BSI Financial Services bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor Harley-Davidson kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Nicole B. LaBletta | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB et al c/o BSI Financial Services nlabletta@pincuslaw.com, brausch@pincuslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10