**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**1** Valuation of Security  **0** Assumption of Executory Contract or Unexpired Lease  **0** Lien Avoidance

Last revised: August 1, 2020

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:  **Christopher J. Galloway**

Case No..: **19-27226**

Judge: **JNP**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original  ☑ Modified/Notice Required  Date: 11/17/2020
☑ Motions Included  ☐ Modified/No Notice Required

### THE DEBTOR HAS FILED FOR RELIEF UNDER CHAPTER 13 OF THE BANKRUPTCY CODE.

### YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☑ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney _____    Initial Debtor: **CJG** _____    Initial Co-Debtor _____

### Part 1: Payment and Length of Plan

a. The debtor shall pay **$977.00 per month** to the Chapter 13 13 Trustee, starting on **December 1, 2020** for approximately **70** months, in addition to amounts paid to date, for a total plan length of **84** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

### Part 2: Adequate Protection    ■ NONE

a. Adequate protection payments will be made in the amount of $ **75** to be paid to the Chapter 13 Trustee and disbursed pre-confirmation and post-confirmation to **Harley Davidson Finance** (creditor).

b. Adequate protection payments will be made in the amount of $ ____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

### Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---:|
| BSI Financial Services | Secured Creditor Attorney Fees, Order 6-9-2020 | $1,231 |
| Daniel L. Reinganum | Debtor Attorney Fees | $4,750.00 |
| Daniel L. Reinganum | Supplemental Debtor Attorney Fees, Order 10/1/2020 | $1,500 |
| Daniel L. Reinganum | Supplemental Debtor Attorney fees, subject to court approval | $1,000 |
| Internal Revenue Service | Taxes | $937.22 |

| | | |
|---|---|---:|
| BSI Financial Services | Secured Creditor Attorney Fees - Consent Order to be entered shortly | $500 |
| Harley Davidson Financial | Secured Creditor Attorney Fees, Order 3-6-2020 | $531.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
  Check one:
  ☑ None
  ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **BSI Financial Services** | **7759 Corbett Ave. Pennsauken, NJ 08109 Camden County**<br><br>**PRE-PETITION ARREARS** | **$29,469.39** | **0.00** | **$29,469.39** | **PER CONTRACT** |
| **BSI Financial Services** | **7759 Corbett Ave. Pennsauken, NJ 08109 Camden County**<br><br>**POST-PETITION ARREARS** | **$8,765.46** | **0.00** | **$8,765.46** | **PER CONTRACT** |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### c. Secured claims excluded from 11 U.S.C. 506: ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| **Harley Davidson Financial** | **2014 Harley Davidson FLD-103 Dyna Switchback 500 miles Location: 7759 Corbett Ave., Pennsauken NJ 08109** | **$18,803.64** | **$11,195.00** | **None** | **$18,803.64** | **6.00** | **$23,074.30** |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ NONE
Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **TitleMax of Dealware** | **2005 Honda Accord** | **$3,308** | **$92** |

**f. Secured Claims Unaffected by the Plan** ☑ NONE

The following secured claims are unaffected by the Plan:
Creditor

**g. Secured Claims to be Paid in Full Through the Plan** ☐ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| Camden County MUA (Claim #22) | 7759 Corbett Ave., Pennsauken, NJ 08109 | $988.96 |

## Part 5:  Unsecured Claims      ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:
☐     Not less than $____ to be distributed *pro rata*

☑     Not less than __0__ percent

4

|   |   |   |   |
|---|---|---|---|
| ☐ | *Pro Rata* distribution from any remaining funds | | |

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

### Part 6: Executory Contracts and Unexpired Leases    ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

### Part 7: Motions    ☐ NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a. Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☒ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| Harley Davidson Financial | 2014 Harley Davidson FLD-103 Dyna Switchback | $18,803.64 | $11,195 | None | $18,803.64 | NONE - Interest Rate Cramdown Only |

### Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

d. **Post-Petition Claims**

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9: Modification    ☐ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: __9/6/2019__.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **Debtor is surrendering 2005 Honda Accord to TitleMax of Delaware, secured creditor.**<br><br>***NOTE* Debtor previously confirmed a COVID-19 modified plan.  This plan retains the extended plan duration.** | **Plan surrenders 2005 Honda Accord to secured creditor.**<br><br>**Plan no longer provides for base dividend to general unsecured creditors.  (Original base was predicated on Debtor's retention and payment for three vehicles in a two person household and was equal to payments to be made on account of 2005 Honda Accord.  Debtor is no longer retaining 2005 Hond a Accord and Debtor's two person household has two vehicles)**<br><br>**Provides for supplemental attorney fees related to plan** |

6

|  | modification, BSI Cert of Default, etc. |
|---|---|

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☐ Yes   ☑ No

### Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

### Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date:  **November 17, 2020**    **/s/ Christopher J. Galloway**
　　　　　　　　　　　　　　　　 **Christopher J. Galloway**
　　　　　　　　　　　　　　　　 Debtor

Date: _____    _____
　　　　　　　　　　　　　　　　 Joint Debtor

Date  **November 17, 2020**    **/s/ Daniel L. Reinganum, Esq.**
　　　　　　　　　　　　　　　　 **Daniel L. Reinganum, Esq.**
　　　　　　　　　　　　　　　　 Attorney for the Debtor(s)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 19-27226-JNP
Christopher J. Galloway                                                                 Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4
Date Rcvd: Dec 31, 2020      Form ID: pdf901      Total Noticed: 69

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher J. Galloway, 7759 Corbett Ave., Pennsauken, NJ 08109-3664 |
| cr | + | BSI Financial Services, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 518449592 | + | Advocare Cohen Family Medicine, 5647 Westfield Ave., Pennsauken, NJ 08110-1836 |
| 518449593 | + | Allergic Disease Associates, PC, 205 N. Broad St., Suite 300, Philadelphia, PA 19107-1578 |
| 518449594 | + | Apex Asset Management, Attn: Bankruptcy Dept., 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 518449596 | + | BSI Financial Services, 314 S. Franklin St., PO Box 517, Titusville, PA 16354-0517 |
| 518555064 | + | Bank of Missouri, Attn Total Card, Inc., 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 518449595 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518580616 | + | Camden County MUA, 1645 Ferry Avenue, Camden, NJ 08104-1311 |
| 518449597 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 518449598 | | Credit One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 518449599 | | Emergency Physicians Assoc. -So. Jersey, P.O. Box 740021, Cincinnati, OH 45274-0021 |
| 518449600 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 518449601 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 518449605 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster Garbus & Garbus, 60 Motor Parkway, Commack, NY 11725 |
| 518449603 | + | Financial Recoveries, 200 East Park Drive, Mount Laurel, NJ 08054-1297 |
| 518449602 | + | Financial Recoveries, Attn: Bankruptcy, 200 East Park Dr Ste 100, Mount Lurel, NJ 08054-1297 |
| 518449604 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518449606 | + | Friedman Vartolo LLP, Attn: Jonathan C. Schwalb, Esq., 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 518449607 | + | Harley Davidson Financial, Attn: Bankruptcy, Po Box 9013, Addison, TX 75001-9013 |
| 518474109 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 518449608 | + | I C System Inc, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 518449609 | + | IC System, Inc., 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 518449612 | + | Jefferson Health - New Jersey, 500 Marlboro Ave, Cherry Hill, NJ 08002-2020 |
| 518449614 | + | Lourdes Imaging Associates, PA, PO Box 95000-2840, Philadelphia, PA 19195-0001 |
| 518449615 | + | Lourdes Medical Associates, PO Box 824626, Philadelphia, PA 19182-4626 |
| 518449616 | + | Lourdes Medical Center, 1600 Haddon Avenue, Camden, NJ 08103-3101 |
| 518449617 | + | Lourdes Urgent Care Services, PO Box 826479, Philadelphia, PA 19182-6479 |
| 518449618 | #+ | MidAmerica Bank & Trust Company, Attn: Bankruptcy, Po Box 400, Dixon, MO 65459-0400 |
| 518449621 | | Our Lady of Lourdes Medical Center, PO BOX 822099, Philadelphia, PA 19182-2099 |
| 518449626 | + | Raymond T. Pekala, M.D., 99 West Gate Drive, Cherry Hill, NJ 08034-2843 |
| 518449628 | + | Regional Sewer Service, P.O. Box 1105, Bellmawr, NJ 08099-5105 |
| 518449630 | | South Jersey Radiology, PO Box 1710, Voorhees, NJ 08043-7710 |
| 518449631 | + | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518449635 | + | TitleMax of Delaware, 15 Bull St., Suite 200, Savannah, GA 31401-2686 |
| 518449637 | + | Total Visa/Bank of Missouri, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 518449636 | + | Total Visa/Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 518449638 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 518449639 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 518512627 | + | Virtua Our Lady of Lourdes, PO Box 822099, Philadelphia, PA 19182-2099 |
| 518449642 | | Virtua Our Lady of Lourdes Hospital, 1601 Haddon Avenue, Allentown, PA 18103 |
| 518449643 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |

Case 19-27226-JNP    Doc 73    Filed 01/02/21    Entered 01/03/21 00:13:13    Desc Imaged
                              Certificate of Notice    Page 9 of 11

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 31, 2020 | Form ID: pdf901 | Total Noticed: 69 |

| 518569449 | + | Wilmington Savings Fund Society et al, c/o BSI Financial Services, 314 S. Franklin Street, P.O. Box 517, Titusville, PA 16354-0517 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 31 2020 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 31 2020 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518549528 | + | Email/Text: g20956@att.com | Dec 31 2020 20:28:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO LEAD PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 518465419 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 31 2020 20:30:51 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518449610 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 31 2020 20:27:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518449611 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 31 2020 20:28:00 | Jefferson Capital Systems, LLC, P.O. Box 7999, Saint Cloud, MN 56302 |
| 518449613 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 31 2020 20:27:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 518449619 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 31 2020 20:28:00 | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 518449620 | + | Email/Text: bankruptcy@sccompanies.com | Dec 31 2020 20:29:00 | Midnight Velvet, Swiss Colony/Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518449622 | + | Email/Text: Bankruptcy.Notices@pnc.com | Dec 31 2020 20:27:00 | PNC Bank, Natioanl Association, Mailstop: P5-PCLC-A1-R, 2730 Liberty Ave., Pittsburgh, PA 15222-4704 |
| 518449623 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 31 2020 20:29:54 | Portfolio Recovery Associates, LLC, c/o Barclaycard, PO Box 41067, Norfolk, VA 23541 |
| 518559307 | + | Email/Text: colleen.atkinson@rmscollect.com | Dec 31 2020 20:29:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 518466354 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 31 2020 20:30:01 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518512465 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 31 2020 20:28:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518449624 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 31 2020 20:28:00 | Premier Bankccard, LLC, Jefferson Capital Systems LLC, Assignee, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 518449625 | + | Email/Text: bnc-quantum@quantum3group.com | Dec 31 2020 20:28:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518449627 | | Email/Text: colleen.atkinson@rmscollect.com | Dec 31 2020 20:29:00 | Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 518449629 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 31 2020 20:30:01 | Resurgent Capital Services LP, PO Box 10587, Greenville, SC 29603-0587 |
| 518450584 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 31 2020 20:30:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518449632 | + | Email/PDF: gecsedi@recoverycorp.com | | |

|           |                                                                 | Dec 31 2020 20:30:55 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 518449633 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM                     | Dec 31 2020 20:30:07 | T Mobile/ T-Mobile USA Inc., by American InfoSourse as agent, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 518468899 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM                     | Dec 31 2020 20:31:34 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518449634 | + Email/Text: bncmail@w-legal.com                               | Dec 31 2020 20:28:00 | TD Bank USA, N.A., c/o Weinstein & Riley, PS, 2001 Wesstern Ave., Suite 400, Seattle, WA 98121-3132 |
| 518550533 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM                     | Dec 31 2020 20:30:51 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518449640 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM                     | Dec 31 2020 20:30:51 | Verizon, by American InfoSource LP, agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518449641 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 31 2020 20:26:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID  | Bypass Reason | Name and Address |
|-----------|---------------|------------------|
| 518516900 | *             | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518516127 | *P++          | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518559192 | *+            | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 518570225 | *P++          | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518566574 | *             | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 02, 2021              Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2020 at the address(es) listed below:

| Name | Email Address |
|------|---------------|
| Daniel L Reinganum | on behalf of Debtor Christopher J. Galloway DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 31, 2020 | Form ID: pdf901 | Total Noticed: 69 |

Denise E. Carlon
    on behalf of Creditor Harley-Davidson dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jennifer R. Gorchow
    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com

Jonathan C. Schwalb
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB et al c/o BSI Financial Services bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb
    on behalf of Creditor BSI Financial Services bankruptcy@friedmanvartolo.com

Kevin Gordon McDonald
    on behalf of Creditor Harley-Davidson kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Nicole B. LaBletta
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB et al c/o BSI Financial Services nlabletta@pincuslaw.com, brausch@pincuslaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10