| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | Order Filed on January 5, 2021 by Clerk U.S. Bankruptcy Court District of New Jersey |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** Friedman Vartolo LLP 85 Broad Street- Suite 501 New York, New York 10004 bankruptcy@friedmanvartolo.com T: (212) 471-5100 F: (212) 471-5150 Attorneys for Secured Creditor BSI Financial Services as servicer for Wilmington Savings Fund Society, FSB, Acting not in its individual capacity but solely as Trustee of Southside NSP Trust 2017-1 | Case No.: 19-27226-JNP  Chapter: 13  Hearing Date: December 8, 2020  Hon. Judge: Jerrold N. Poslusny, Jr. |
| In Re:  Christopher J. Galloway,  Debtor(s). | |

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

DATED: January 5, 2021

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | BSI Financial Services as servicer for Wilmington Savings Fund Society, FSB, Acting not in its individual capacity but solely as Trustee of Southside NSP |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Daniel L. Reinganum |
| Property (Collateral): | 7759 Corbett Avenue, Pennsauken, NJ 08109 |

Relief Sought:
- Relief from Automatic Stay

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of Post-Petition Arrearages:

- The Debtor is due for attorney fees in the amount of **$500.00**.

Total Arrearages Due: **$500.00**

2. Cure for Post-Petition Arrearages:

- Remaining balance of arrears, in the amount of **$500.00**, shall be paid through a modified plan, to be filed within fourteen (14) days of the entered order
- Beginning on **March 1, 2021**, regular monthly payments shall resume in the amount of **$1,195.11**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Payments to the Secured Creditor shall be made to the following address:

- Payments:   BSI Financial Services
              314 S. Franklin Street
              P.O. Box 517
              Titusville, PA 16354

In the event of default:

If the Debtor(s) fails to file the modified plan later than fourteen (14) days after entry of the order, or fails to make the regular monthly payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtor(s)'s failure to comply with this Order. At the time the Certification is filed with the Court, a copy of

the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and the Debtor(s)'s Attorney.

The undersigned hereby consent to the form and entry of the foregoing order.

_____
Daniel L. Reinganum, Esq.
*Attorney for Debtor*

/s/ Jonathan Schwalb, Esq.
Jonathan Schwalb, Esq.
*Attorney for Secured Creditor*