Order Filed on January 5, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| Friedman Vartolo LLP |
| 85 Broad Street- Suite 501 |
| New York, New York 10004 |
| bankruptcy@friedmanvartolo.com |
| T: (212) 471-5100 |
| F: (212) 471-5150 |
| Attorneys for Secured Creditor BSI Financial Services as servicer for Wilmington Savings Fund Society, FSB, Acting not in its individual capacity but solely as Trustee of Southside NSP Trust 2017-1 |

Case No.: 19-27226-JNP

Chapter: 13

Hearing Date:
December 8, 2020

Hon. Judge:
Jerrold N. Poslusny, Jr.

In Re:

Christopher J. Galloway,

Debtor(s).

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: January 5, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | BSI Financial Services as servicer for Wilmington Savings Fund Society, FSB, Acting not in its individual capacity but solely as Trustee of Southside NSP |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Daniel L. Reinganum |
| Property (Collateral): | 7759 Corbett Avenue, Pennsauken, NJ 08109 |

Relief Sought:
- **Relief from Automatic Stay**

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of Post-Petition Arrearages:
- The Debtor is due for attorney fees in the amount of **$500.00** .

        Total Arrearages Due: **$500.00**

2. Cure for Post-Petition Arrearages:
- Remaining balance of arrears, in the amount of **$500.00**, shall be paid through a modified plan, to be filed within fourteen (14) days of the entered order
- Beginning on **March 1, 2021**, regular monthly payments shall resume in the amount of **$1,195.11**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Payments to the Secured Creditor shall be made to the following address:
- Payments:        BSI Financial Services
                   314 S. Franklin Street
                   P.O. Box 517
                   Titusville, PA 16354

In the event of default:

        If the Debtor(s) fails to file the modified plan later than fourteen (14) days after entry of the order, or fails to make the regular monthly payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtor(s)'s failure to comply with this Order. At the time the Certification is filed with the Court, a copy of

the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and the Debtor(s)'s Attorney.

The undersigned hereby consent to the form and entry of the foregoing order.

_____
Daniel L. Reinganum, Esq.
*Attorney for Debtor*

/s/ Jonathan Schwalb, Esq.
Jonathan Schwalb, Esq.
*Attorney for Secured Creditor*

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 19-27226-JNP

Christopher J. Galloway                                                              Chapter 13
         Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1                            User: admin                                     Page 1 of 2
Date Rcvd: Jan 05, 2021                         Form ID: pdf903                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2021:**

**Recip ID            Recipient Name and Address**
db                  +  Christopher J. Galloway, 7759 Corbett Ave., Pennsauken, NJ 08109-3664

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2021                        Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Daniel L Reinganum | |
| | on behalf of Debtor Christopher J. Galloway DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;L.wood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Denise E. Carlon | |
| | on behalf of Creditor Harley-Davidson dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | |
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jennifer R. Gorchow | |
| | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |

Jonathan C. Schwalb

on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB et al c/o BSI Financial Services
bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb

on behalf of Creditor BSI Financial Services bankruptcy@friedmanvartolo.com

Kevin Gordon McDonald

on behalf of Creditor Harley-Davidson kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Nicole B. LaBletta

on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB et al c/o BSI Financial Services
nlabletta@pincuslaw.com, brausch@pincuslaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10