Order Filed on June 17, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for SN Servicing Corporation
as servicer for U.S. Bank Trust National Association,
as Trustee of BKPL-EG Series I Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE: | CASE NO.: 19-27226-JNP |
| | CHAPTER: 13 |
| Christopher J. Galloway | |
| | HON. JUDGE.: |
| Debtor | Jerrold N. Poslusny Jr. |

-----------------------------------------------------------------X

**ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: June 17, 2022**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of BKPL-EG Series I Trust, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property commonly known and more fully described as: 7759 Corbett Avenue, Pennsauken, NJ 08109,

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of BKPL-EG Series I Trust, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises 7759 Corbett Avenue, Pennsauken, NJ 08109,; and it is further

**ORDERED**, that the Co-Debtor stay against "Beth Galloway" is lifted pursuant to 11 U.S.C. 1301(c); and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the Movant is granted reasonable attorney fees in the amount of $200.00; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.