Order Filed on June 17, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for SN Servicing Corporation
as servicer for U.S. Bank Trust National Association,
as Trustee of BKPL-EG Series I Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X
                                                                 :
                                                                 :   CASE NO.: 19-27226-JNP
IN RE:                                                           :
                                                                 :   CHAPTER: 13
Christopher J. Galloway                                          :
                                                                 :   HON. JUDGE.:
Debtor                                                           :   Jerrold N. Poslusny Jr.
                                                                 :
                                                               : :
-----------------------------------------------------------------X

### ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: June 17, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of BKPL-EG Series I Trust, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property commonly known and more fully described as: 7759 Corbett Avenue, Pennsauken, NJ 08109,

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of BKPL-EG Series I Trust, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises 7759 Corbett Avenue, Pennsauken, NJ 08109,; and it is further

**ORDERED**, that the Co-Debtor stay against "Beth Galloway" is lifted pursuant to 11 U.S.C. 1301(c); and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the Movant is granted reasonable attorney fees in the amount of $200.00; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                Case No. 19-27226-JNP

Christopher J. Galloway                                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                        Page 1 of 2

Date Rcvd: Jun 17, 2022              Form ID: pdf903              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2022:**

**Recip ID              Recipient Name and Address**
db                   +   Christopher J. Galloway, 7759 Corbett Ave., Pennsauken, NJ 08109-3664

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2022                        Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2022 at the address(es) listed below:**

**Name**                        **Email Address**

Daniel L Reinganum
         on behalf of Debtor Christopher J. Galloway DanielR@McDowellLegal.com
         tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com

Denise E. Carlon
         on behalf of Creditor Harley-Davidson dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa
         on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
         ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jennifer R. Gorchow
         on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com

Jonathan C. Schwalb

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 17, 2022 | Form ID: pdf903 | Total Noticed: 1 |

|   |   |
|---|---|
|   | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB et al c/o BSI Financial Services bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb |   |
|   | on behalf of Creditor BSI Financial Services bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb |   |
|   | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of BKPL-EG Series I Trust bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald |   |
|   | on behalf of Creditor Harley-Davidson kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Nicole B. LaBletta |   |
|   | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB et al c/o BSI Financial Services nlabletta@lablettawalters.com, tharalla@lablettawalters.com |
| U.S. Trustee |   |
|   | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11