# United States Bankruptcy Court
### District of New Jersey

In re **Christopher J. Galloway**    Case No. **19-27226**
Debtor(s)    Chapter **13**

## NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

PLEASE TAKE NOTICE that on **June 28, 2022**, the above-captioned Chapter 13 case was converted to Chapter 7 pursuant to 11 U.S.C. §1307(a) and Federal Rule of Bankruptcy Procedure 1017(f)(3).

Date **June 28, 2022**    Signature **/s/ Christopher J. Galloway**
**Christopher J. Galloway**
Debtor

Attorney **/s/ Daniel L. Reinganum, Esq.**
**Daniel L. Reinganum, Esq.**

**McDowell Law, PC
46 West Main St.
Maple Shade, NJ 08052
856-482-5544
Fax: 856-482-5511**