UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Daniel R. Reinganum, Esquire**
**McDowell Law, PC**
**46 West Main Street**
**Maple Shade, NJ 08052**
**Phone  856-482-5544**
**Fax 856-482-5511**
**danr@mcdowelllegal.com**

In re:

**Christopher J. Galloway**

| | |
|---|---|
| Case No.: | **19-27226** |
| Chapter: | **7** |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | **JNP** |

## CERTIFICATION OF SERVICE

1.  I, __Deborah Jamison__ :

☐ represent ___ in the this matter.

☑ am the secretary/paralegal for __Daniel L. Reinganum__ , who represents __the debtor__ in the this matter.

☐ am the ___ in the this case and am representing myself.

2.      On __June 30, 2022__ , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   - Order Respecting Amendments
   - Amendments to Schedules
   - Notice of Chapter 7 Bankruptcy Case

3.      I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __June 30, 2022__             __/s/ Deborah Jamison__

                                             Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Apex Asset Management<br>Attn: Bankruptcy Dept.<br>PO Box 5407<br>Lancaster, PA 17606** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Credence<br>4222 Trinity Mills<br>Suite 260<br>Dallas, TX 75287** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Haddon Emergency Physicians<br>1600 Haddon Ave<br>Camden, NJ 08103** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Verizon<br>ATTN: Bankruptcy<br>PO Box 16810<br>Newark, NJ 07101-6810** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Virtua Our Lady of Lourdes Hospital<br>PO Box 822099<br>Philadelphia, PA 19182-2099** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Andrew S. Sklar<br>Chapter 7 Trustee<br>1200 Laurel Oak Rd #102<br>Voorhees Township, NJ 08043** | Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF) |

*rev. 8/1/15*

| | | ☐ Other ___ |
| | | (as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev. 8/1/15*