**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Christopher J. Galloway | Social Security number or ITIN: | xxx–xx–4356 |
| | First Name   Middle Name   Last Name | EIN: | _ _ – _ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _ <br> EIN: _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13   9/6/19 |
| Case number: | 19–27226–JNP | Date case converted to chapter: | 7   6/28/22 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Christopher J. Galloway | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7759 Corbett Ave. <br> Pennsauken, NJ 08109 | |
| 4. | **Debtor's attorney** <br> Name and address | Daniel L Reinganum <br> McDowell Law, PC <br> 46 West Main Street <br> Maple Shade, NJ 08052 | Contact phone 856–482–5544 <br> Email: DanielR@McDowellLegal.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Andrew Sklar <br> Andrew Sklar, Chapter 7 Trustee <br> 20 Brace Road <br> Suite 205 <br> Cherry Hill, NJ 08034 | Contact phone 856–258–4050 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 856–361–2300<br><br>Date: 6/28/22 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **July 22, 2022 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 9/20/22** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 19-27226-JNP
Christopher J. Galloway   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 4
Date Rcvd: Jun 28, 2022   Form ID: 309A   Total Noticed: 71

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher J. Galloway, 7759 Corbett Ave., Pennsauken, NJ 08109-3664 |
| 518449592 | + | Advocare Cohen Family Medicine, 5647 Westfield Ave., Pennsauken, NJ 08110-1836 |
| 518449593 | + | Allergic Disease Associates, PC, 205 N. Broad St., Suite 300, Philadelphia, PA 19107-1578 |
| 518580616 | + | Camden County MUA, 1645 Ferry Avenue, Camden, NJ 08104-1311 |
| 518449598 | | Credit One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 518449599 | | Emergency Physicians Assoc. -So. Jersey, P.O. Box 740021, Cincinnati, OH 45274-0021 |
| 518449605 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster Garbus & Garbus, 60 Motor Parkway, Commack, NY 11725 |
| 518449606 | + | Friedman Vartolo LLP, Attn: Jonathan C. Schwalb, Esq., 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 518449612 | + | Jefferson Health - New Jersey, 500 Marlboro Ave, Cherry Hill, NJ 08002-2020 |
| 518449614 | + | Lourdes Imaging Associates, PA, PO Box 95000-2840, Philadelphia, PA 19195-0001 |
| 518449615 | + | Lourdes Medical Associates, PO Box 824626, Philadelphia, PA 19182-4626 |
| 518449616 | + | Lourdes Medical Center, 1600 Haddon Avenue, Camden, NJ 08103-3101 |
| 518449617 | + | Lourdes Urgent Care Services, PO Box 826479, Philadelphia, PA 19182-6479 |
| 518449621 | | Our Lady of Lourdes Medical Center, PO BOX 822099, Philadelphia, PA 19182-2099 |
| 518449626 | #+ | Raymond T. Pekala, M.D., 99 West Gate Drive, Cherry Hill, NJ 08034-2843 |
| 518449628 | + | Regional Sewer Service, P.O. Box 1105, Bellmawr, NJ 08099-5105 |
| 518449630 | | South Jersey Radiology, PO Box 1710, Voorhees, NJ 08043-7710 |
| 518512627 | + | Virtua Our Lady of Lourdes, PO Box 822099, Philadelphia, PA 19182-2099 |
| 518449642 | | Virtua Our Lady of Lourdes Hospital, 1601 Haddon Avenue, Allentown, PA 18103 |
| 518449643 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: DanielR@McDowellLegal.com | Jun 28 2022 20:38:00 | Daniel L Reinganum, McDowell Law, PC, 46 West Main Street, Maple Shade, NJ 08052 |
| tr | | Email/Text: Andrew.Sklar@txitrustee.com | Jun 28 2022 20:38:00 | Andrew Sklar, Andrew Sklar, Chapter 7 Trustee, 20 Brace Road, Suite 205, Cherry Hill, NJ 08034 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 28 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 28 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518549528 | + | EDI: CINGMIDLAND.COM | | |

| Notice # | Type | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 29 2022 00:33:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO LEAD PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 518449594 | ^ | MEBN | Jun 28 2022 20:35:11 | Apex Asset Management, Attn: Bankruptcy Dept., 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 518449596 | + | Email/Text: bankruptcy@bsifinancial.com | Jun 28 2022 20:39:00 | BSI Financial Services, 314 S. Franklin St., PO Box 517, Titusville, PA 16354-0517 |
| 518555064 | + | EDI: TCISOLUTIONS.COM | Jun 29 2022 00:33:00 | Bank of Missouri, Attn Total Card, Inc., 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 518449595 | + | EDI: TSYS2 | Jun 29 2022 00:33:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518465419 | + | EDI: AIS.COM | Jun 29 2022 00:33:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518449597 | | Email/PDF: bncnotices@becket-lee.com | Jun 28 2022 20:44:16 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 518449600 | ^ | MEBN | Jun 28 2022 20:34:18 | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 518449601 | ^ | MEBN | Jun 28 2022 20:34:57 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 518449602 | ^ | MEBN | Jun 28 2022 20:35:33 | Financial Recoveries, Attn: Bankruptcy, 200 East Park Dr Ste 100, Mount Lurel, NJ 08054-1297 |
| 518449603 | ^ | MEBN | Jun 28 2022 20:35:32 | Financial Recoveries, 200 East Park Drive, Mount Laurel, NJ 08054-1297 |
| 518449604 | + | EDI: AMINFOFP.COM | Jun 29 2022 00:33:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518449607 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jun 28 2022 20:38:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 9013, Addison, TX 75001-9013 |
| 518474109 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jun 28 2022 20:38:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 518449608 | + | EDI: IIC9.COM | Jun 29 2022 00:33:00 | I C System Inc, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 518449609 | + | EDI: IIC9.COM | Jun 29 2022 00:33:00 | IC System, Inc., 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 518449610 | + | EDI: IRS.COM | Jun 29 2022 00:33:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518449611 | | EDI: JEFFERSONCAP.COM | Jun 29 2022 00:33:00 | Jefferson Capital Systems, LLC, P.O. Box 7999, Saint Cloud, MN 56302 |
| 518449613 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 28 2022 20:38:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 518449619 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 28 2022 20:39:00 | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 518449620 | + | EDI: CBS7AVE | Jun 29 2022 00:33:00 | Midnight Velvet, Swiss Colony/Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518449622 | + | Email/Text: Bankruptcy.Notices@pnc.com | Jun 28 2022 20:38:00 | PNC Bank, Natioanl Association, Mailstop: P5-PCLC-A1-R, 2730 Liberty Ave., Pittsburgh, PA 15222-4704 |
| 518449623 | | EDI: PRA.COM | Jun 29 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, PO Box 41067, Norfolk, VA 23541 |
| 518559307 | + | Email/Text: joey@rmscollect.com | Jun 28 2022 20:39:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 518466354 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2022 20:44:16 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518512465 | + EDI: JEFFERSONCAP.COM | Jun 29 2022 00:33:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518449624 | + EDI: JEFFERSONCAP.COM | Jun 29 2022 00:33:00 | Premier Bankccard, LLC, Jefferson Capital Systems LLC, Assignee, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 518449625 | + EDI: Q3G.COM | Jun 29 2022 00:33:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518449627 | Email/Text: joey@rmscollect.com | Jun 28 2022 20:39:00 | Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 518449629 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2022 20:44:16 | Resurgent Capital Services LP, PO Box 10587, Greenville, SC 29603-0587 |
| 518449631 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 28 2022 20:38:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 518450584 | + EDI: RMSC.COM | Jun 29 2022 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518449632 | + EDI: RMSC.COM | Jun 29 2022 00:33:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 518449633 | + EDI: AIS.COM | Jun 29 2022 00:33:00 | T Mobile/ T-Mobile USA Inc., by American InfoSourse as agent, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 518468899 | + EDI: AIS.COM | Jun 29 2022 00:33:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518449634 | + Email/Text: bncmail@w-legal.com | Jun 28 2022 20:39:00 | TD Bank USA, N.A., c/o Weinstein & Riley, PS, 2001 Wesstern Ave., Suite 400, Seattle, WA 98121-3132 |
| 518449635 | + Email/Text: BankruptcyNotices@titlemax.com | Jun 28 2022 20:39:00 | TitleMax of Delaware, 15 Bull St., Suite 200, Savannah, GA 31401-2686 |
| 518449637 | + EDI: TCISOLUTIONS.COM | Jun 29 2022 00:33:00 | Total Visa/Bank of Missouri, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 518449636 | + EDI: TCISOLUTIONS.COM | Jun 29 2022 00:33:00 | Total Visa/Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 518449638 | ^ MEBN | Jun 28 2022 20:35:01 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 519298757 | ^ MEBN | Jun 28 2022 20:34:06 | U.S. Bank Trust National Association,, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank Trust National Association,, c/o SN Servicing Corporation 95501-0305 |
| 519298756 | ^ MEBN | Jun 28 2022 20:34:05 | U.S. Bank Trust National Association,, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 518449639 | EDI: USBANKARS.COM | Jun 29 2022 00:33:00 | US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 518550533 | + EDI: AIS.COM | Jun 29 2022 00:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518449640 | + EDI: AIS.COM | Jun 29 2022 00:33:00 | Verizon, by American InfoSource LP, agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518449641 | + EDI: VERIZONCOMB.COM | Jun 29 2022 00:33:00 | Verizon Wireless, Attn: Verizon Wireless |

| 518569449 | + Email/Text: bankruptcy@bsifinancial.com Jun 28 2022 20:39:00 | Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 Wilmington Savings Fund Society et al, c/o BSI Financial Services, 314 S. Franklin Street, P.O. Box 517, Titusville, PA 16354-0517 |

TOTAL: 51

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518516900 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518516127 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518559192 | *+ | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 518570225 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518566574 | * | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518449618 | ##+ | MidAmerica Bank & Trust Company, Attn: Bankruptcy, Po Box 400, Dixon, MO 65459-0400 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2022         Signature:     /s/Gustava Winters