Form oresadoc − oresadocv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−27226−JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Christopher J. Galloway
    7759 Corbett Ave.
    Pennsauken, NJ 08109

Social Security No.:
    xxx−xx−4356

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

   The Court having noted that the debtor filed an Amendment to Schedule E/F on July 5, 2022 or to the List of Creditors on N/A , and for good cause shown, it is

   ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

   It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

   1.    A copy of the applicable Notice of Chapter 7 Bankruptcy Case, and

   2.    In a Chapter 11 case:

      a)    a copy of the last modified plan and disclosure statement, if any, and

      b)    a copy of any order approving the adequacy of the disclosure statement
      and/or the scheduling of the plan for confirmation.

   3.    In a Chapter 12 or Chapter 13 case:

      a)    a copy of the Notice of Hearing on Confirmation of Plan, if any, and

      b)    a copy of the last modified plan that has been filed in the case.

   It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

   It is further ORDERED that the added creditors or parties have

   1.    until the original deadline, if any, fixed by the court to file a complaint to object to
   the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order,
   whichever is later;

   2.    until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement,
   or sixty 60 days from the date of this Order, whichever is later;

3.    until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from
the date of this Order, whichever is later.

Dated: July 5, 2022
JAN: eag

Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 19-27226-JNP

Christopher J. Galloway                                                    Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 05, 2022 | Form ID: oresadoc | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Christopher J. Galloway, 7759 Corbett Ave., Pennsauken, NJ 08109-3664 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 05 2022 22:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2022                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Sklar | andy@sklarlaw.com  NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Daniel L Reinganum | on behalf of Debtor Christopher J. Galloway DanielR@McDowellLegal.com
tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Harley-Davidson dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

District/off: 0312-1                          User: admin                                    Page 2 of 2

Date Rcvd: Jul 05, 2022                       Form ID: oresadoc                              Total Noticed: 2

Isabel C. Balboa
                    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jennifer R. Gorchow
                    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com

Jonathan C. Schwalb
                    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB et al c/o BSI Financial Services
                    bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb
                    on behalf of Creditor BSI Financial Services bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb
                    on behalf of Creditor U.S. Bank Trust National Association  as Trustee of BKPL-EG Series I Trust
                    bankruptcy@friedmanvartolo.com

Kevin Gordon McDonald
                    on behalf of Creditor Harley-Davidson kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Nicole B. LaBletta
                    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB et al c/o BSI Financial Services
                    nlabletta@lablettawalters.com, tharalla@lablettawalters.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11