| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |

In Re:

Christopher J. Galloway

Case No.: __19-27226__

Chapter: __7__

Judge: __JNP__

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO: __Daniel L Reinganum, Esq.__

This will confirm that on __July 5, 2022__ the following document(s) was filed by you.

- ☒ Amendment to Schedule(s) __J__ ,
- ☐ Missing Documents, including Schedule(s) _____ ,

This will further confirm that the court has not received the following supplemental documents:

- ☐ Declaration About an Individual Debtor's Schedules (106 Declaration)
- ☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]
- ☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)
- ☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: __July 5, 2022__                    Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Christopher J. Galloway  
    Debtor

Case No. 19-27226-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Jul 05, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Christopher J. Galloway, 7759 Corbett Ave., Pennsauken, NJ 08109-3664 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Daniel L Reinganum | on behalf of Debtor Christopher J. Galloway DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Harley-Davidson dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Jonathan C. Schwalb | |

District/off: 0312-1      User: admin      Page 2 of 2

Date Rcvd: Jul 05, 2022      Form ID: pdf903      Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB et al c/o BSI Financial Services bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor BSI Financial Services bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor U.S. Bank Trust National Association as Trustee of BKPL-EG Series I Trust bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor Harley-Davidson kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Nicole B. LaBletta | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB et al c/o BSI Financial Services nlabletta@lablettawalters.com, tharalla@lablettawalters.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11