UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                          Case No.: 19-27226-JNP
Christopher J Galloway                           Chapter: 7
                                                Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on September 20, 2022, at 11:00 a.m. at the United States Bankruptcy Court, Courtroom No. _4C_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 7759 Corbett Ave., Pennsauken NJ 08109<br>(FMV $162,117.00) |
|---|---|

| Liens on property: | $0.00 |
|---|---|

| Amount of equity claimed as exempt: | $174,973.00 – BSI Financial Services |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:          /s/ Andrew Sklar, Chapter 7 Trustee

Address:       20 Brace Road, Suite 205, Cherry Hill, NJ 08034

Telephone No.: 856-258-4050