UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Christopher J Galloway

Case No.: 19-27226-JNP  
Chapter: 7  
Judge: Jerrold N. Poslusny, Jr.

**NOTICE OF PROPOSED ABANDONMENT**

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on September 20, 2022, at 11:00 a.m. at the United States Bankruptcy Court, Courtroom No. _4C_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 7759 Corbett Ave., Pennsauken NJ 08109<br>(FMV $162,117.00) |
|---|---|

| Liens on property: | $0.00 |
|---|---|

| Amount of equity claimed as exempt: | $174,973.00 – BSI Financial Services |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: /s/ Andrew Sklar, Chapter 7 Trustee

Address: 20 Brace Road, Suite 205, Cherry Hill, NJ 08034

Telephone No.: 856-258-4050

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-27226-JNP |
| Christopher J. Galloway | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 15, 2022 | Form ID: pdf905 | Total Noticed: 83 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher J. Galloway, 7759 Corbett Ave., Pennsauken, NJ 08109-3664 |
| cr | + | BSI Financial Services, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | U.S. Bank Trust National Association, as Trustee o, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| 518449592 | + | Advocare Cohen Family Medicine, 5647 Westfield Ave., Pennsauken, NJ 08110-1836 |
| 518449593 | + | Allergic Disease Associates, PC, 205 N. Broad St., Suite 300, Philadelphia, PA 19107-1578 |
| 519648881 | | Apex Asset Management LLC, PO Box 5407, Lancaster PA 17606-5407 |
| 518580616 | + | Camden County MUA, 1645 Ferry Avenue, Camden, NJ 08104-1311 |
| 518449598 | | Credit One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 518449599 | | Emergency Physicians Assoc. -So. Jersey, P.O. Box 740021, Cincinnati, OH 45274-0021 |
| 519653355 | | Envision Physicions Services, PO Box 41541, Philadelphia PA 19101-1541 |
| 518449605 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster Garbus & Garbus, 60 Motor Parkway, Commack, NY 11725 |
| 518449606 | + | Friedman Vartolo LLP, Attn: Jonathan C. Schwalb, Esq., 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 519653352 | + | Genesis Card Services, PO Box 447, Beaverton OR 97075-0447 |
| 519648880 | + | Haddon Emergency Physicians LLC, 1600 Haddon Ave, Camden NJ 08103-3101 |
| 518449608 | ++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444 address filed with court:, I C System Inc, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164 |
| 518449609 | ++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444 address filed with court:, IC System, Inc., 444 Highway 96 East, Saint Paul, MN 55164 |
| 518449612 | + | Jefferson Health - New Jersey, 500 Marlboro Ave, Cherry Hill, NJ 08002-2020 |
| 518449614 | + | Lourdes Imaging Associates, PA, PO Box 95000-2840, Philadelphia, PA 19195-0001 |
| 518449615 | + | Lourdes Medical Associates, PO Box 824626, Philadelphia, PA 19182-4626 |
| 518449616 | + | Lourdes Medical Center, 1600 Haddon Avenue, Camden, NJ 08103-3101 |
| 518449617 | + | Lourdes Urgent Care Services, PO Box 826479, Philadelphia, PA 19182-6479 |
| 518449621 | | Our Lady of Lourdes Medical Center, PO BOX 822099, Philadelphia, PA 19182-2099 |
| 518449628 | + | Regional Sewer Service, P.O. Box 1105, Bellmawr, NJ 08099-5105 |
| 518449630 | | South Jersey Radiology, PO Box 1710, Voorhees, NJ 08043-7710 |
| 519648882 | | Verizon, PO Box 16810, Newark NJ 07101-6810 |
| 518512627 | + | Virtua Our Lady of Lourdes, PO Box 822099, Philadelphia, PA 19182-2099 |
| 518449642 | | Virtua Our Lady of Lourdes Hospital, 1601 Haddon Avenue, Allentown, PA 18103 |
| 518449643 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 15 2022 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 15 2022 20:46:00 | United States Trustee, Office of the United States |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519653349 | | Email/Text: bankruptcynotices@afterpay.com | Aug 15 2022 20:46:00 | Afterpay, 600 California Street, 11th Floor, San Francisco, CA 94108 |
| 518549528 | + | Email/Text: g20956@att.com | Aug 15 2022 20:46:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO LEAD PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 519653792 | + | Email/Text: bankruptcynotices@afterpay.com | Aug 15 2022 20:46:00 | Afterpay, Attn: Bankruptcy Dept., 760 Market St., Floor 2, Unit 2.03, San Francisco, CA 94102-2402 |
| 518449594 | ^ | MEBN | Aug 15 2022 20:41:53 | Apex Asset Management, Attn: Bankruptcy Dept., 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 519653354 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 15 2022 20:46:00 | Aspire, PO Box 10555, Atlanta, GA 30310-0555 |
| 518449596 | + | Email/Text: bankruptcy@bsifinancial.com | Aug 15 2022 20:46:00 | BSI Financial Services, 314 S. Franklin St., PO Box 517, Titusville, PA 16354-0517 |
| 518555064 | + | Email/Text: bknotices@totalcardinc.com | Aug 15 2022 20:46:00 | Bank of Missouri, Attn Total Card, Inc., 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 518449595 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 15 2022 20:46:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 519653353 | | Email/Text: cfcbackoffice@contfinco.com | Aug 15 2022 20:46:00 | Reflex, PO Box 6812, Carol Stream IL 60197-6812 |
| 518465419 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 15 2022 20:49:06 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518449597 | | Email/PDF: bncnotices@becket-lee.com | Aug 15 2022 20:59:30 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 519648879 | + | Email/Text: bankruptcy@credencerm.com | Aug 15 2022 20:46:00 | Credence Resouce Management LLC, 4222 Trinity Mills, Suite 260, Dallas TX 75287-7666 |
| 518449600 | ^ | MEBN | Aug 15 2022 20:41:26 | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 518449601 | ^ | MEBN | Aug 15 2022 20:41:48 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 518449602 | ^ | MEBN | Aug 15 2022 20:42:17 | Financial Recoveries, Attn: Bankruptcy, 200 East Park Dr Ste 100, Mount Lurel, NJ 08054-1297 |
| 518449603 | ^ | MEBN | Aug 15 2022 20:42:17 | Financial Recoveries, 200 East Park Drive, Mount Laurel, NJ 08054-1297 |
| 519653351 | ^ | MEBN | Aug 15 2022 20:42:05 | First Digital Card, PO Box 85650, Sioux Falls SD 57118-5650 |
| 518449604 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 15 2022 20:48:50 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519653350 | + | Email/Text: crdept@na.firstsource.com | Aug 15 2022 20:46:00 | Firstsource Advantage, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519653791 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 15 2022 20:47:00 | Genesis FS Card Services, Attn: Bankruptcy Dept., PO Box 4477, Beaverton, OR 97076-4401 |
| 518449607 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Aug 15 2022 20:46:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 9013, Addison, TX 75001-9013 |
| 518474109 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Aug 15 2022 20:46:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 518449608 | | Email/Text: Bankruptcy@ICSystem.com | Aug 15 2022 20:46:00 | I C System Inc, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164 |
| 518449609 | | Email/Text: Bankruptcy@ICSystem.com | Aug 15 2022 20:46:00 | IC System, Inc., 444 Highway 96 East, Saint Paul, MN 55164 |

Case 19-27226-JNP   Doc 133   Filed 08/17/22   Entered 08/18/22 00:11:10   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 15, 2022 | Form ID: pdf905 | Total Noticed: 83 |

| | | | | |
|---|---|---|---|---|
| 518449610 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 15 2022 20:46:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518449611 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 15 2022 20:46:00 | Jefferson Capital Systems, LLC, P.O. Box 7999, Saint Cloud, MN 56302 |
| 518449613 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 15 2022 20:46:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 518449619 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 15 2022 20:46:00 | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 518449620 | + | Email/Text: bankruptcy@sccompanies.com | Aug 15 2022 20:47:00 | Midnight Velvet, Swiss Colony/Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518449622 | + | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2022 20:46:00 | PNC Bank, Natioanl Association, Mailstop: P5-PCLC-A1-R, 2730 Liberty Ave., Pittsburgh, PA 15222-4704 |
| 518449623 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2022 20:49:15 | Portfolio Recovery Associates, LLC, c/o Barclaycard, PO Box 41067, Norfolk, VA 23541 |
| 518559307 | + | Email/Text: joey@rmscollect.com | Aug 15 2022 20:46:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 518466354 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2022 20:48:51 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518512465 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 15 2022 20:46:00 | Premier Bankard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518449624 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 15 2022 20:46:00 | Premier Bankccard, LLC, Jefferson Capital Systems LLC, Assignee, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 518449625 | + | Email/Text: bnc-quantum@quantum3group.com | Aug 15 2022 20:46:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518449627 | | Email/Text: joey@rmscollect.com | Aug 15 2022 20:46:00 | Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 518449629 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2022 20:48:51 | Resurgent Capital Services LP, PO Box 10587, Greenville, SC 29603-0587 |
| 518449631 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 15 2022 20:46:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 518450584 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 15 2022 20:49:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518449632 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 15 2022 20:48:47 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 518449633 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 15 2022 20:49:15 | T Mobile/ T-Mobile USA Inc., by American InfoSourse as agent, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 518468899 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 15 2022 20:48:56 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518449634 | + | Email/Text: bncmail@w-legal.com | Aug 15 2022 20:46:00 | TD Bank USA, N.A., c/o Weinstein & Riley, PS, 2001 Wesstern Ave., Suite 400, Seattle, WA 98121-3132 |
| 518449635 | + | Email/Text: BankruptcyNotices@titlemax.com | Aug 15 2022 20:46:00 | TitleMax of Delaware, 15 Bull St., Suite 200, Savannah, GA 31401-2686 |
| 518449637 | + | Email/Text: bknotices@totalcardinc.com | Aug 15 2022 20:46:00 | Total Visa/Bank of Missouri, Po Box 85710, Sioux |

Case 19-27226-JNP    Doc 133    Filed 08/17/22    Entered 08/18/22 00:11:10    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 15, 2022 | Form ID: pdf905 | Total Noticed: 83 |

| Recip ID | Bypass | Notice Type / Address | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Falls, SD 57118-5710 |
| 518449636 | + | Email/Text: bknotices@totalcardinc.com | Aug 15 2022 20:46:00 | Total Visa/Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 518449638 | ^ | MEBN | Aug 15 2022 20:41:52 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 519298757 | ^ | MEBN | Aug 15 2022 20:42:03 | U.S. Bank Trust National Association,, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank Trust National Association,, c/o SN Servicing Corporation 95501-0305 |
| 519298756 | ^ | MEBN | Aug 15 2022 20:42:02 | U.S. Bank Trust National Association,, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 518449639 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 15 2022 20:46:00 | US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 518550533 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 15 2022 20:49:06 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518449640 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 15 2022 20:49:14 | Verizon, by American InfoSource LP, agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518449641 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 15 2022 20:46:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
| 518569449 | + | Email/Text: bankruptcy@bsifinancial.com | Aug 15 2022 20:46:00 | Wilmington Savings Fund Society et al, c/o BSI Financial Services, 314 S. Franklin Street, P.O. Box 517, Titusville, PA 16354-0517 |

TOTAL: 57

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518516900 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519653356 | * | Envision Physicions Services, PO Box 41541, Philadelphia PA 19101-1541 |
| 518516127 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518559192 | *+ | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 518570225 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518566574 | * | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518449618 | ##+ | MidAmerica Bank & Trust Company, Attn: Bankruptcy, Po Box 400, Dixon, MO 65459-0400 |
| 518449626 | ##+ | Raymond T. Pekala, M.D., 99 West Gate Drive, Cherry Hill, NJ 08034-2843 |

TOTAL: 0 Undeliverable, 6 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2022         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Daniel L Reinganum | on behalf of Debtor Christopher J. Galloway DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Harley-Davidson dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Jonathan C. Schwalb | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB et al c/o BSI Financial Services bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor BSI Financial Services bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor U.S. Bank Trust National Association as Trustee of BKPL-EG Series I Trust bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor Harley-Davidson kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Nicole B. LaBletta | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB et al c/o BSI Financial Services nlabletta@lablettawalters.com, tharalla@lablettawalters.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11