Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.:  19–27226–JNP
                      Chapter:  7
                      Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher J. Galloway
   7759 Corbett Ave.
   Pennsauken, NJ 08109

Social Security No.:
   xxx–xx–4356

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

I  Elizabeth Grassia , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

7759 Corbett Avenue, Pennsauken, NJ

Dated: September 14, 2022
JAN: eag

                                                                                               Jeanne Naughton
                                                                                               Clerk